In the Matter of Aaron E. Koota, as District Attorney of Kings County, on Behalf of the Grand Jury of the County of Kings, Respondent, v. Alfred

Ciffo, Appellant.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Nolan, JJ., concur.